FILED
CLERK, U.S. DISTRICT COURT

8/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ASI _____ DEPUTY

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                          June 2025 Grand Jury

11   UNITED STATES OF AMERICA,              CR 2:25-cr-00680-SVW

12            Plaintiff,                    I N D I C T M E N T

13            v.                            [18 U.S.C. § 231(a)(3): Acts to
                                            Obstruct, Impede, or Interfere
14   RANDY PAUL RUIZ and                    with Law Enforcement During Civil
     GEORGINA RAVELERO,                     Disorder]
15
              Defendants.
16

17

18        The Grand Jury charges:

19                                  COUNT ONE

20                          [18 U.S.C. § 231(a)(3)]

21                             [DEFENDANT RUIZ]

22        On or about June 8, 2025, in Los Angeles County, within the

23   Central District of California, defendant RANDY PAUL RUIZ committed

24   an act to obstruct, impede, and interfere with a law enforcement

25   officer, that is, Los Angeles Police Department officers, lawfully

26   engaged in the lawful performance of their official duties, incident

27   to and during the commission of a civil disorder which in any way and

28   degree obstructed, delayed, and adversely affected commerce and the

movement of any article and commodity in commerce and the conduct and

performance of any federally protected function.

COUNT TWO

[18 U.S.C. § 231(a)(3)]

[DEFENDANT RAVELERO]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant GEORGINA RAVELERO committed an act to obstruct, impede, and interfere with a law enforcement officer, that is, Los Angeles Police Department officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

A TRUE BILL


/S/
Foreperson


BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

CLAIRE E. KELLY
Assistant United States Attorney
Violent and Organized Crime
Section

3