# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:25-cr-00680-SVW | Date: December 1, 2025 |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |
| Interpreter: | N/A |

| Daniel Tamayo | Laura Elias | Kevin Butler<br>Kali Yallorakis<br>Monica Hara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Randy Paul Ruiz | √ | | | 1) Gabriela Rivera DFPD<br>and Shannon Coit DFPD | √<br>√ | √<br>√ | |
| 2) Georgina Ravelero | √ | | | 2) Naser J. Khoury retained | √ | | √ |

**Proceedings:**  

**MOTION to Dismiss Case For Unconstitutional Vagueness Filed by Defendant Randy Paul Ruiz [47]**
**MOTION to Dismiss Case For Violation of Commerce Clause and First Amendment Filed by Defendant Randy Paul Ruiz [48]**
**MOTION for Joinder in Co-Defendant Ruiz's Motion to Dismiss [50]**
**MOTION to Sever Defendant Filed by Defendant Randy Paul Ruiz [54]**
(Held and Completed)

Court and counsel confer. As discussed in Court and on the record, the Motions brought before the Court for this hearing (docket entries 47, 48, 50, and 54) are **DENIED.**

IT IS SO ORDERED.

CC: USPO

|  | : 5 |
|---|---|
| | Initials of Deputy Clerk   DTA |